# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY G., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 20cv2207-MDD <br><br> **ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** <br><br> [ECF No. 21] |

On November 12, 2020, Plaintiff Anthony G. filed this social security appeal challenging the denial of his application for disability insurance benefits. (ECF No. 1). On November 15, 2021, the Court granted the parties' joint motion for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 19). The parties now stipulate to an award to Plaintiff of attorneys' fees in the amount of $2,800.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 21 at 1).

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment. 28 U.S.C. § 2412(d). "A

sentence four remand becomes final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from. *See* Fed. R. App. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees." *Akopyan*, 296 F.3d at 854. Therefore, Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees in the total amount of **$2,800.00**. Fees will be made payable to Anthony G. but if the Department of Treasury determines that Anthony G. does not owe a federal debt, then the government will cause the payment of fees to be made directly to Maren Bam, pursuant to the assignment executed by Anthony G. Any payments will be delivered to Maren Bam.

**IT IS SO ORDERED**.

Dated:   February 10, 2022

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge